**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 98-40911
SUMMARY CALENDAR
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JUAN MANUEL VASQUEZ, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(L-98-CR-104-1)

_____

June 28, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM [1]:

Court-appointed counsel for Juan Manuel Vasquez ("Vasquez"), having concluded that there is no meritorious basis for an appeal, has moved to withdraw as counsel on appeal and has supplemented his motion with a brief, in compliance with *Anders v. California*, 386 U.S. 738 (1967).

Under *Anders*, a court-appointed attorney may withdraw if he makes a conscientious examination of the case and finds the appeal wholly frivolous. *See Anders*, 386 U.S. at 744. To comply with *Anders*, counsel must isolate "possibly important issues" and

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

"furnish the court with references to the record and legal authorities to aid it in its appellate function." *United States v. Johnson*, 527 F.2d 1328, 1329 (5th Cir. 1976). After the appellant is given an opportunity to respond, the court makes a full examination of the record to determine whether the case is frivolous. *See Anders*, 386 U.S. at 744.

Counsel here has fully complied with the *Anders* requirements. Vasquez has been advised by the Court of his right to respond to counsel's motion by raising any points he contends are appealable. Vasquez failed to raise any such points. Having carefully reviewed the entire record, which includes the transcript of the guilty-plea hearing and oral plea agreement, we find no arguable merit in the appeal. Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

DISMISSED.